UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Franyer Jose CASTILLO SUAREZ,

Petitioner,

v.

FACILITY ADMINISTRATOR, IMPERIAL REGIONAL DETENTION FACILITY, et al.,

Respondents.

Case No.: 26-cv-5862-AGS-GC

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING**

Petitioner Franyer Jose Castillo Suarez seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 5, at 3.)

The Court thus **GRANTS** the petition and orders that petitioner receive such a hearing by November 9, 2026. Within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: October 26, 2026

Hon. Andrew G. Schopler
United States District Judge